EUGENE A. COLEMAN *v.* COMMISSIONER OF
CORRECTION
(AC 20302)

Schaller, Spear and Mihalakos, Js.

Submitted on briefs June 13—officially released October 16, 2001

*Patrice A. Cohan,* special public defender, for the
appellant (petitioner).

*Ronald G. Weller,* assistant state's attorney, with
whom, on the brief, were *Michael Dearington,* state's
attorney, and *David M. Kutzner,* assistant state's attor-
ney, for the appellee (respondent).

*Opinion*

PER CURIAM. The petitioner, Eugene A. Coleman,
appeals from the judgment of the habeas court denying
his petition for a writ of habeas corpus. On appeal, the
petitioner claims that the court improperly (1) denied
certification to appeal from the denial of his petition
for a writ of habeas corpus and (2) abused its discretion
in denying the petition.

After a thorough review of the record and briefs,
we conclude that the petitioner has failed to make a
substantial showing that he has been denied a state or
federal constitutional right and, further, has failed to
sustain his burden of persuasion that the denial of certi-
fication to appeal from the denial of his habeas corpus
petition was a clear abuse of discretion or that an injus-

petition was a clear abuse of discretion or that an injustice has been done. See *Simms* v. *Warden*, 230 Conn. 608, 612, 646 A.2d 126 (1994); *Simms* v. *Warden*, 229 Conn. 178, 189, 640 A.2d 601 (1994); *Pollitt* v. *Commissioner of Correction*, 60 Conn. App. 743, 746, 760 A.2d 1278 (2000), cert. denied, 255 Conn. 930, 767 A.2d 101 (2001); see also *Lozada* v. *Deeds*, 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991).

The appeal is dismissed